UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cornelius Maurice Regan**  Docket No. 5:17-CR-181-H

**Petition for Action on Supervised Release**

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cornelius Maurice Regan, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base and Cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and was sentenced by the Honorable Jerome B. Friedman, US District Judge, on December 6, 1999, to the custody of the Bureau of Prisons for a term of 275 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. The jurisdiction of this case was transferred from the Eastern District of Virginia on June 13, 2017.

Cornelius Maurice Regan was released from custody on April 14, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** This offender committed the offenses of Driving While Impaired, Transporting an Open Container of Alcohol, and Speeding on Fort Bragg Military Reservation on February 9, 2018. The offender admitted to these actions when questioned about the same.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Mark Culp<br>Mark Culp<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2543<br>Executed On: February 13, 2018 |

Cornelius Maurice Regan
Docket No. 5:17-CR-181-H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 14th day of February 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge